UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE MCCROSKEY,<br><br>Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign company, USAA CASUALTY INSURANCE COMPANY, a foreign company, DOES I-V,<br><br>Defendants. | No. 2:24-cv-00723-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE** |

## ORDER

This matter having come before the Court on the Parties' Stipulated Motion to Continue Pretrial and Trial Date, it is now therefore:

**ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Continue Pretrial and Trial Date is Granted, and an amended Case Scheduling Order will be issues with the following revised deadlines:

| Description | Current Date | Revised Date |
|---|---|---|
| **Jury Trial** | **12/18/2025** | **5/18/2026** |
| Reports of expert witnesses under FRCP 26(a)(2) due by | 5/12/2025 | 10/13/2025 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE – 1
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

| | | |
|---|---|---|
| All motions related to discovery must be noted for consideration no later than | **6/11/2025** | **11/11/2025** |
| Discovery to be completed by | **7/11/2025** | **12/11/2025** |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (see LCR 7(d)). | **8/11/2025** | **1/12/2026** |
| Settlement conference held no later than | **10/9/2025** | **3/9/2026** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | **11/3/2025** | **4/3/2026** |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | **11/17/2025** | **4/17/2026** |
| Trial briefs, proposed voir dire, and deposition designations due | **11/24/2025** | **4/24/2026** |
| Pretrial conference scheduled at 10 am on | **11/26/2025** | **TBD** |

DATED this 9th day of May, 2025.

By: _Kymberly K Evanson_
Honorable Kymberly E. Evanson

ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL
DEADLINES AND TRIAL DATE – 2
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

*Presented by:*

FORSBERG & UMLAUF, P.S.

By: *s/Rishabh R. Agny*
Kimberly A. Reppart, WSBA #30643
Rishabh R. Agny, WSBA #49721
*Attorneys for Defendant*

*Approved for Entry; Notice of Presentation Waived*

ROBERT D. BOHM, PLLC

*s/Robert D. Bohm*
Robert D. Bohm, WSBA #42703
*Attorney for Plaintiff*

BASTION LAW, PLLC

*s/Jesse Froehling*
Jesse Froehling, WSBA #47881
*Attorney for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL
DEADLINES AND TRIAL DATE – 3
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX