UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE MCCROSKEY,<br>　　　　　Plaintiff(s),<br>　v.<br>GARRISON PROPERTY AND CASUALTY COMPANY et al.,<br>　　　　　Defendant(s). | CASE NO. C24-00723-KKE<br><br>ORDER DENYING STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES |

This matter comes before the Court on the parties' stipulated motion to continue the case schedule. Dkt. No. 20. Although the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed schedule.

Accordingly, the motion is DENIED without prejudice to refiling. Dkt. No. 20. The parties should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date, before re-filing a stipulated motion to continue.

Dated this 29th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES - 1