**Honorable Kymberly K. Evanson**

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINE MCCROSKEY,

Plaintiff,

vs.

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY, a
foreign company, USAA CASUALTY
INSURANCE COMPANY, a foreign
company, DOES I-V,

Defendants.

No. 2:24-cv-00723-KKE

**ORDER GRANTING THIRD
STIPULATED MOTION TO
CONTINUE TRIAL DATE AND
CASE DEADLINES**

This matter having come before the Court on the Parties' Third Stipulated Motion to

Continue Pretrial and Trial Dates, it is now therefore:

**ORDERED, ADJUDGED, AND DECREED** that the Third Stipulated Motion to

Continue Pretrial and Trial Date is Granted, and an amended Case Scheduling Order will be

issued with the following revised deadlines:

| Description | Current Date | Proposed Date |
|---|---|---|
| Jury Trial | 5/18/2026 | 9/28/2026 |
| Reports of expert witnesses under FRCP 26(a)(2) due by | 10/13/2025 | 2/20/2026 |
| All motions related to discovery must be noted for consideration no later than | 11/11/2025 | 3/18/2026 |

ORDER GRANTING THIRD STIPULATED MOTION TO
CONTINUE TRIAL DATE AND CASE DEADLINES - 1
No. 2:24-cv-00723-KKE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

| Description | Current Date | Proposed Date |
|---|---|---|
| Discovery to be completed by | 12/11/2025 | 4/20/2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | 1/12/2026 | 5/19/2026 |
| Settlement conference held no later than | 3/9/2026 | 7/16/2026 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | 4/3/2026 | 8/10/2026 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 4/17/2026 | 8/24/2026 |
| Trial briefs, proposed voir dire, and deposition designations due | 4/24/2026 | 8/31/2026 |
| Pretrial conference scheduled at 10 a.m. on | TBD | TBD |

Dated:  <u>February 27, 2026</u>

<u>Kymberly K Evanson</u>

Kymberly K. Evanson
United States District Judge

Presented by:

CLYDE & CO US LLP

<u>*s/Rishabh R. Agny*</u>
Kimberly A. Reppart, WSBA #30643
Rishabh R. Agny, WSBA #49721
*Attorneys for Defendants Garrison Property and Casualty Insurance Company and USAA Casualty Insurance Company*

*//*

ORDER GRANTING THIRD STIPULATED MOTION TO
CONTINUE TRIAL DATE AND CASE DEADLINES - 2
No. 2:24-cv-00723-KKE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

ROBERT D. BOHM, PLLC


*s/Robert D. Bohm*
Robert D. Bohm, WSBA #42703
*Attorneys for Plaintiff*

BASTION LAW, PLLC


*s/Madison Florey*
Jesse Froehling, WSBA #47881
Madison Florey, WSBA #33672
*Attorneys for Plaintiff*

ORDER GRANTING THIRD STIPULATED MOTION TO
CONTINUE TRIAL DATE AND CASE DEADLINES - 3
No. 2:24-cv-00723-KKE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501