**Honorable Kymberly K. Evanson**

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINE MCCROSKEY,

Plaintiff,

vs.

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY, a
foreign company, USAA CASUALTY
INSURANCE COMPANY, a foreign
company, DOES I-V,

Defendants.

No. 2:24-cv-00723-KKE

**ORDER GRANTING STIPULATED
MOTION TO SET MOTION FOR
SUMMARY JUDGMENT BRIEFING
SCHEDULE**

This matter having come before the Court on the Parties' Stipulated Motion to Set Motion for Summary Judgment Briefing Schedule, it is now therefore:

**ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Set Motion for Summary Judgment Briefing Schedule is Granted, with the briefing schedule as follows:

| Description | Proposed Date |
|---|---|
| Defendants' Cross-Motion for Summary Judgment | 05/19/2026 |
| Plaintiff's Cross-Motion/Opposition | 06/02/2026 |
| Defendants' Opposition/Reply | 06/09/2026 |
| Plaintiff's Reply | 06/16/2026 |

ORDER GRANTING STIPULATED MOTION TO SET
MOTION FOR SUMMARY JUDGMENT BRIEFING
SCHEDULE - 1
No. 2:24-cv-00723-KKE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

Dated:  <u>April 29, 2026</u>

<u>*Kymberly K. Evanson*</u>
Kymberly K. Evanson
United States District Judge

Presented by:

CLYDE & CO US LLP

<u>*s/ Rishabh R. Agny*</u>
Kimberly A. Reppart, WSBA #30643
Rishabh R. Agny, WSBA #49721
*Attorneys for Defendants Garrison Property*
*and Casualty Insurance Company and USAA*
*Casualty Insurance Company*

ROBERT D. BOHM, PLLC

<u>*s/ Robert D. Bohm*</u>
Robert D. Bohm, WSBA #42703
*Attorneys for Plaintiff*

BASTION LAW, PLLC

<u>*s/ Jesse Froehling*</u>
Jesse Froehling, WSBA #47881
Madison Florey, WSBA #33672
*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO SET
MOTION FOR SUMMARY JUDGMENT BRIEFING
SCHEDULE - 2
No. 2:24-cv-00723-KKE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501