UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINE MCCROSKEY,

               Plaintiff(s),

    v.

GARRISON PROPERTY AND CASUALTY
COMPANY et al.,

               Defendant(s).

CASE NO. C24-00723-KKE

ORDER VACATING CASE SCHEDULE
UPON NOTICE OF SETTLEMENT

The parties notified the Court that they have agreed to settle all claims in this matter, and request that all deadlines, trials, and hearings be stricken from the case schedule. Dkt. No. 27. The parties assert they will file a stipulated proposed order of dismissal with prejudice by June 15, 2026. *Id.*

Accordingly, the trial date and pretrial deadlines previously set (Dkt. No. 24) as well as the summary briefing schedule (Dkt. No. 26) are hereby VACATED. Should the parties require additional time to perfect a settlement, they shall promptly notify the Court.

Dated this 26th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER VACATING CASE SCHEDULE UPON NOTICE OF SETTLEMENT - 1