UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINE MCCROSKEY,

Plaintiff,

vs.

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY, a
foreign company, USAA CASUALTY
INSURANCE COMPANY, a foreign
company, DOES I-V,

Defendants.

No. 2:24-cv-00723-KKE

**STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT WITH
PREJUDICE**

## I.     STIPULATION

The undersigned parties stipulate that all claims and causes of action by Plaintiff Christine McCroskey against Defendants Garrison Property and Casualty Insurance Company and USAA Casualty Insurance Company be dismissed with prejudice and that the Order below dismissing Plaintiff's claims and causes of action with prejudice and without an award of fees or cost may be entered.

/ / /

/ / /

/ / /

STIPULATION AND ORDER AND DISMISSAL OF ALL
CLAIMS AGAINST DEFENDANT WITH PREJUDICE
No. 2:24-cv-00723-KKE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

Dated this 5th day of June, 2026.

CLYDE & CO US LLP

s/Rishabh R. Agny
Kimberly A. Reppart, WSBA #30643
Rishabh R. Agny, WSBA #49721
*Attorneys for Defendant USAA Casualty*
*Insurance Company*

Dated this 5th day of June, 2026.

BASTION LAW, PLLC

s/Jesse Froehling
Jesse Froehling, WSBA #47881
*Attorney for Plaintiffs*

## II.    ORDER

THIS MATTER having come before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that plaintiff's claims and causes of action against Defendant be dismissed with prejudice and without an award of attorney fees or cost to either party.

Dated: June 5, 2026

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge

Presented by:

CLYDE & CO US LLP

s/Rishabh R. Agny
Kimberly A. Reppart, WSBA #30643
Rishabh R. Agny, WSBA #49721
*Attorneys for Defendant USAA Casualty*
*Insurance Company*

BASTION LAW, PLLC

STIPULATION AND ORDER AND DISMISSAL OF ALL
CLAIMS AGAINST DEFENDANT WITH PREJUDICE
No. 2:25-cv-00723-KKE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

*s/Jesse Froehling*
Jesse Froehling, WSBA #47881
*Attorney for Plaintiffs*

STIPULATION AND ORDER AND DISMISSAL OF ALL
CLAIMS AGAINST DEFENDANT WITH PREJUDICE
No. 2:25-cv-00723-KKE

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501